IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Yangzhou Okus Trading Co., Ltd., | ) |
| | ) Case Number: 23-cv-16946 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Honorable John F. Kness |
| The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A, | ) |
| | ) |
| Defendants. | ) |

**(UNKNOWN IF OPPOSED) FIRST MOTION OF DEFENDANT
suchengquruoxinchaoshi US
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant, suchengquruoxinchaoshi US ("Defendant"), through its undersigned counsel, and respectfully requests this Court extend the time by 21 days to file a response to the Complaint. In support:

1. This is the first motion for an extension of time filed by the Defendant.

2. The Defendant has sought settlement negotiations with the Plaintiff.

3. The Defendant needs additional time to try and reach an agreement, or if not, respond to Plaintiff's Complaint.

4. This Court may, for good cause, extend the time by which Defendant's response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5. The Defendant respectfully requests this Court extend the date 21 days from the date of this filing on which Defendant must respond to Plaintiff's Complaint, if ultimately necessary, to August 28, 2024.

6. Counsel for Defendant reached out to counsel for Plaintiff this morning regarding an extension but Plaintiff has not responded as of this filing.

WHEREFORE, for the foregoing reasons, Defendant suchengquruoxinchaoshi US respectfully requests this Honorable Court enter an Order: Extending the date on which its response to Plaintiff's Complaint is due 21 days to August 28, 2024.

August 7, 2024                    Respectfully submitted,


                                  s/ Christopher Keleher

                                  Christopher Keleher
                                  The Keleher Appellate Law Group, LLC
                                  1 East Erie St., Suite 525
                                  Chicago, IL 60611
                                  312-448-8491
                                  ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on August 7, 2024 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com