UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yangzhou Okus Trading Co., Ltd.<br><br>                      *Plaintiff*,<br><br>   v.<br><br>The Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A"<br>                      *Defendant*. | CASE NO. 23-cv-16946<br><br>Judge John F. Kness<br><br>Magistrate Judge Young B. Kim |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Yangzhou Okus Trading Co., Ltd. and Defendants No. 55 ngijrijsd Co., Ltd. and No. 72 kingque Co., Ltd. (hereinafter "Defendants"), through undersigned counsel, hereby stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims between them, without prejudice. Each party shall bear its own attorney's fees and costs

Date: August15, 2024

| | |
|---|---|
| /s/ Andrew J. Palmer | /s/ Michael Stanley |
| Andrew J. Palmer<br>Palmer Law Group<br>5353 N. Federal Highway, Suite 402<br>Fort Lauderdale, FL 33065<br>954-491-1997 (facsimile)<br>ajpalmer@palmerlawgroup.com<br>***Attorney for Plaintiff*** | Michael Stanley<br>IL Bar No.: 6284055<br>Ford Banister LLC<br>111 W. Jackson Suite 1700<br>Chicago, Illinois 60604<br>Telephone: 212-500-3268<br>Email: mstanley@fordbanister.com<br>***Attorney for Defendants*** |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Stipulation of Voluntary Dismissal without Prejudice was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on August 15, 2024.

/s/ Andrew J. Palmer
Andrew J. Palmer