# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Yangzhou Okus Trading Co., Ltd. *Plaintiff*, v. The Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" *Defendant*. | CASE NO. 23-cv-16946 Judge John F. Kness Magistrate Judge Young B. Kim |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Yangzhou Okus Trading Co., Ltd., hereby dismisses without prejudice all causes of action in the complaint as to the Defendant No.40 foshanshihuijinlongfushiyouxiangongsi. No motions are pending relative to the Defendant. Each party shall bear its own attorney's fees and costs.

The Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Date: August 15, 2024

/s/ Andrew J. Palmer
Andrew J. Palmer
Palmer Law Group
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33065
954-491-1997 (facsimile)
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***